MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
PO Box 112
Trenton, New Jersey 08625
Attorney for Defendants
 Sarah Adelman, Kaitlan Baston, New Jersey Department of Human Services,
 New Jersey Department of Health, and State of New Jersey

By: Francis X. Baker (N.J. Bar I.D. #107152014)
  Michael R. Sarno (N.J. Bar I.D. #028492004)
  Deputy Attorneys General
  609-376-3200
  Francis.Baker@law.njoag.gov
  Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISABILITY RIGHTS NEW JERSEY, a New Jersey Nonprofit Corporation, <br><br>    Plaintiff, <br><br>  v. <br><br> SARAH ADELMAN, In her Official Capacity as the Commissioner of the New Jersey Department of Human Services; KAITLAN BASTON, In her Official Capacity as the Acting Commissioner of the New Jersey Department of Health; NEW JERSEY DEPARTMENT OF HUMAN SERVICES; NEW JERSEY DEPARTMENT OF HEALTH; STATE OF NEW JERSEY, <br><br>    Defendants. | Civil Action No: 3:24-cv-00949 <br><br><br><br> **ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL, CERTIFICATIONS** |

Defendants -- Sarah Adelman, Kaitlan Baston, New Jersey Department of Human Services, New Jersey Department of Health, and State of New Jersey (collectively, "State Defendants,") -- through its counsel, Matthew J. Platkin, Attorney General of the State of New Jersey, and Deputy Attorneys General Michael R. Sarno and Francis X. Baker and Thomas C. Hart, Esq. appearing, hereby answer Plaintiff's Complaint as follows:

## BACKGROUND TO THIS ACTION

1.     This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants deny all allegations and claims in this paragraph of the Complaint.

2.     This is a statement and/or legal conclusion that requires no response.  To the extent that this statement and/or legal conclusion is directed to State Defendants, State Defendants deny all allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

3.     The statute speaks for itself.

4.     State Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

5.     State Defendants admit that a majority of the patients at the State psychiatric hospitals either meet the involuntary commitment standard or are

conditional extension pending placement ("CEPP") status.  Some patients at the State

psychiatric hospitals are also voluntarily committed or committed in connection with

criminal proceedings.  State Defendants lack knowledge or information sufficient to

form a belief about the truth of the remaining allegations in this paragraph of the

Complaint and therefore deny same.

6.    State Defendants deny the allegations and claims in this paragraph of the

Complaint.

7.    This paragraph states legal conclusions to which no response is

necessary.

8.    This paragraph states legal conclusions to which no response is

necessary.  The Court's decision speaks for itself.

9.    This is a statement and/or legal conclusion that requires no response.  To

the extent that a response is required, State Defendants deny all allegations and claims

in this paragraph of the Complaint averring that State Defendants have committed any

wrongdoing or actionable conduct.

10.    This paragraph is predicated on statements and/or legal conclusions to

which no response is necessary.  To the extent that a response is required, State

Defendants deny all allegations and claims in this paragraph of the Complaint averring

that State Defendants have committed any wrongdoing or actionable conduct.

11.    State Defendants deny the allegations and claims in this paragraph of the

Complaint. The language quoted in this paragraph appears on the website for the New Jersey Department of Human Services, Division of Mental Health and Addition Services, and states in full: "The priority of DMHAS' Home to Recovery - Conditional Extension Pending Placement (CEPP) Plan is to develop opportunities for community reintegration and tenure as required under the mandates of the Americans with Disabilities Act as interpreted by the Olmstead decision in 1999. Despite complex social, economic and political challenges facing the State, New Jersey remains committed to the mandates under the Olmstead decision to ensure that people with mental illness live in the most integrated settings possible."

12.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

13.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

14.    State Defendants deny all allegations and claims in this paragraph of the Complaint.

15.    State Defendant deny the allegations and claims in this paragraph of the Complaint.

16.    State Defendant deny the allegations and claims in this paragraph of the Complaint.

17.    This is a statement and/or legal conclusion that requires no response. To

the extent that a response is required, State Defendants deny all allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct and deny that Plaintiff is entitled to relief.

## RELEVANT LAW

**The Fourteenth Amendment to the Constitution of the United States**

18.    This paragraph states legal conclusions to which no response is necessary. The Fourteenth Amendment to the United States Constitution speaks for itself.

***In re S.L.***

19.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Supreme Court's decision speaks for itself.

20.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Supreme Court's decision speaks for itself.

21.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Supreme Court's decision speaks for itself.

22.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Supreme Court's decision speaks for itself.

23.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Supreme Court's decision speaks for itself.

24.    This paragraph states legal conclusions to which no response is

necessary.  The New Jersey Supreme Court's decision speaks for itself.

25.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Supreme Court's decision speaks for itself.

26.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Supreme Court's decision speaks for itself.

## New Jersey Court Rule 4:74-7(h)(2)

27.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Court Rules speak for themselves.

28.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Court Rules speak for themselves.

29.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Court Rules speak for themselves.

30.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Court Rules speak for themselves.

31.    This paragraph states legal conclusions to which no response is necessary.  The New Jersey Court Rules speak for themselves.

## Title II, Americans with Disabilities Act

32.    This paragraph states legal conclusions to which no response is necessary.  Title II of the Americans with Disabilities Act ("ADA") speaks for itself.

***Olmstead v. L.C ex rel. Zimring***

33.    This paragraph states legal conclusions to which no response is necessary. The U.S. Supreme Court's decision speaks for itself.

**Section 504 of the Rehabilitation Act**

34.    This paragraph states legal conclusions to which no response is necessary.  Section 504 of the Rehabilitation Act of 1973 ("Section 504") speaks for itself.

**Patients' Bill of Rights**

35.    This paragraph states legal conclusions to which no response is necessary.  N.J.S.A. § 30:4-24.2 speaks for itself.

36.    This paragraph states legal conclusions to which no response is necessary.  N.J.S.A. § 30:4-24.2 speaks for itself.

37.    This paragraph states legal conclusions to which no response is necessary.  N.J.S.A. § 30:4-24.2 speaks for itself.

**Involuntary Commitment to Treatment**

38.    This paragraph states legal conclusions to which no response is necessary. The statutory provisions speak for themselves.

39.    This paragraph states legal conclusions to which no response is necessary.  N.J.S.A. § 30:4-27.2(r) speaks for itself.

40.    This paragraph states legal conclusions to which no response is necessary.  N.J.S.A. § 30:4-27.1(c) speaks for itself.

**PAIMI Act**

41.    This paragraph states legal conclusions to which no response is necessary. The Protection and Advocacy System for Individuals with Mental Illness Act ("PAIMI Act") speaks for itself.

## THE PARTIES

42.    State Defendants admit the allegations in this paragraph of the Complaint.

43.    State Defendants admit the allegations in this paragraph of the Complaint.

44.    State Defendants admit the allegations in this paragraph of the Complaint.

45.    State Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and therefore deny same.

46.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion throughout the course of this matter and, thus, they deny all allegations and claims in this paragraph of the Complaint.

47.    This paragraph states legal conclusions to which no response is necessary. The PAIMI Act speaks for itself.

48.     This is a statement and/or legal conclusion that requires no response.  The cited statutory provision of the PAIMI Act speaks for itself. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and, to the extent it is directed at State Defendants, they deny all allegations and claims in this paragraph of the Complaint.

49.     State Defendants lack knowledge or information sufficient to form a belief about the truth of the statements in this paragraph of the Complaint and, thus, deny same.

50.     State Defendants lack knowledge or information sufficient to form a belief about the truth of the statements in this paragraph of the Complaint and, thus, deny same.

51.     State Defendants lack knowledge or information sufficient to form a belief about the truth of the statements in this paragraph of the Complaint and, thus, deny same.

52.     State Defendants lack knowledge or information sufficient to form a belief about the truth of the statements in this paragraph of the Complaint and, thus, deny same.  This paragraph also states legal conclusions to which no response is necessary.  Finally, the requirements of the PAIMI Act speak for themselves.

53.     State Defendants lack knowledge or information sufficient to form a belief about the truth of the statements in this paragraph of the Complaint and, thus,

deny same. This paragraph also states legal conclusions to which no response is necessary. Finally, the requirements of the PAIMI Act speak for themselves.

54.    State Defendants admit the allegations in this paragraph of the Complaint.

55.    State Defendants deny the allegations in this paragraph of the Complaint.

56.    State Defendants deny the allegations in this paragraph of the Complaint.

57.    State Defendant admit only that Disability Rights NJ's constituents include individuals with mental health disabilities. State Defendants deny the remaining allegations in this paragraph of the Complaint.

58.    This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and, to the extent it is directed at State Defendants, they deny all allegations and claims in this paragraph of the Complaint.

59.    This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and, to the extent it is directed at State Defendants, they deny all allegations and claims in this paragraph of the Complaint.

60.    This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and, to the extent it is directed at State

Defendants, they deny all allegations and claims in this paragraph of the Complaint.

61.    State Defendants admit only that the New Jersey Department of Health is a public entity. The balance of this paragraph states legal conclusions to which no response is necessary.  The requirements of and covered entities under Title II of the ADA speak for themselves.

62.    State Defendants deny the allegations in this paragraph of the Complaint. Defendant Kaitlan Baston is the Commissioner of the New Jersey Department of Health.

63.    State Defendants admit the allegations in this paragraph of the Complaint.

64.    State Defendants admit only that Commissioner Adelman is sued in her official capacity.  The balance of this paragraph articulates statements and/or legal conclusions that require no response.

65.    State Defendants admit only that Commissioner Baston is sued in her official capacity.  The balance of this paragraph articulates statements and/or legal conclusions that require no response.

66.    State Defendants admit only that the New Jersey Department of Health operates state inpatient psychiatric facilities, including aspects of discharge planning, identifying community placements, and follow-up for individuals residing in psychiatric facilities.  State Defendants lack knowledge or information sufficient to

form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

67.    State Defendants admit the allegations in this paragraph of the Complaint.

68.    State Defendants admit only that the New Jersey Department of Human Services is a public entity. The balance of this paragraph states legal conclusions to which no response is necessary. The requirements of Title II of the ADA speak for themselves.

69.    State Defendants admit the allegations in this paragraph of the Complaint.

70.    State Defendants admit only that as part of the discharge process, in certain instances, hospital staff will assist patients with obtaining mental health services in the community.  State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

71.    State Defendants admit only that DMHAS administers some community mental health services utilized by individuals discharged from the State psychiatric hospitals, as well as numerous other eligible individuals in the community.  State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

72.     This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants admit only that the State of New Jersey is a "public entity."   State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

## JURISDICTION AND VENUE

73.     This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights to contest jurisdiction if it is determined to be lacking.  State Defendants further deny all allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

74.     This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights to contest jurisdiction if it is determined to be lacking.  State Defendants further deny all allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

75.     This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and, to the extent it is directed at State Defendants, they deny all allegations and claims in this paragraph of the Complaint.

76.     This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights to contest venue if it is determined to be improper.  State Defendants further deny all allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

77.     This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants deny all allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct and deny that Plaintiff is entitled to any relief.

## **FACTS**

**New Jersey's State Psychiatric Hospitals**

78.     State Defendants admit DBHS operates under the scope of DOH and operates Ancora Psychiatric Hospital ("Ancora"), Greystone Park Psychiatric Hospital ("Greystone"), Trenton Psychiatric Hospital ("TPH"), and Ann Klein Forensic Center ("Ann Klein").

79.     State Defendants deny the statement in this paragraph of the Complaint.

80.     State Defendants admit only that Ancora is located in Winslow Township, New Jersey.  State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

81.    State Defendants admit the allegations in this paragraph of the Complaint.

82.    State Defendants admit the allegations in this paragraph of the Complaint.

83.    State Defendants admit the allegations in this paragraph of the Complaint.

84.    State Defendants admit the allegations in this paragraph of the Complaint.

85.    State Defendants admit only that Greystone is located in Morris Plains, New Jersey. State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

86.    State Defendants admit the allegations in this paragraph of the Complaint.

87.    State Defendants admit the allegations in this paragraph of the Complaint.

88.    State Defendants admit only that TPH is located in Trenton, New Jersey. State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

89.     State Defendants admit the allegations in this paragraph of the Complaint.

90.     State Defendants admit the allegations in this paragraph of the Complaint.

91.     State Defendants admit the allegations in this paragraph of the Complaint.

92.     State Defendants admit the allegations in this paragraph of the Complaint.

93.     State Defendants admit that New Jersey's State psychiatric hospitals operated under the purview of DHS from 1977-2012.

94.     Reorganization Plan 001-2017 speaks for itself.

95.     State Defendants admit the allegations in this paragraph of the Complaint.

96.     Reorganization Plan 001-2018 speaks for itself.

97.     Reorganization Plan 001-2018 speaks for itself.

98.     Reorganization Plan 001-2018 speaks for itself.

99.     State Defendants admit only that DOH operates the State psychiatric hospitals and that DHS operates certain community mental health services. State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

100.    State Defendants admit only that treatment teams at the psychiatric hospitals develop treatment and discharge plans for patients in the hospitals in collaboration with other hospital officials. State Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

101.    The regulation speaks for itself.

102.    State Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and therefore deny same.

103.    State Defendants admit only that a patient is permitted to participate in the development of the treatment plan to the extent that his or her clinical condition permits. State Defendants lack knowledge or information sufficient to form a believe as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

104.    State Defendants admit only that a patient's family members and significant others are permitted to participate in the treatment planning process to the extent feasible and helpful. State Defendants lack knowledge or information sufficient to form a believe as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

105.    State Defendants admit only that treatment team members may include a

psychiatrist, a registered nurse, and a social worker. State Defendants lack knowledge or information sufficient to form a believe as to the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

106.   The regulation speaks for itself.

107.   The regulation speaks for itself.

108.   The regulation speaks for itself

109.   State Defendants admit only that there are cases that are presented to a judge who presides over civil commitment hearings. State Defendants deny the remaining allegations in this paragraph of the Complaint.

110.   State Defendants admit only that discharge plans may, but do not always, include discharge recommendations for facilities and services regulated by DMHAS. State Defendants deny all remaining allegations in this paragraph of the Complaint.

111.   State Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and therefore deny same.

112.   State Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint and therefore deny same.

113.   State Defendants lack knowledge or information sufficient to form a belief as to the truth of this paragraph of the Complaint and therefore deny same.

Plaintiff is left to its proofs.

114.   State Defendants admit only that A+ group homes provide 24/7 support and supervision to residents. State Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and therefore deny same.

115.   State Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and therefore deny same.

116.   State Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and therefore deny same.

117.   State Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and therefore deny same.

**The Hospitals' Internal Assessment and Action Plan**

118.   State Defendants admit the allegations in this paragraph of the Complaint.

119.   State Defendants admit the allegations in this paragraph of the Complaint.

120.   State Defendants admit only that the Executive Assessment of New

Solutions, Inc.'s *Organizational Review and Assessment at State Psychiatric* states this.  State Defendants deny all remaining allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

121.  State Defendants admit only that the Executive Assessment of New Solutions, Inc.'s *Organizational Review and Assessment at State Psychiatric* states this.  State Defendants deny all remaining allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

122.  State Defendants admit only that the Executive Assessment of New Solutions, Inc.'s *Organizational Review and Assessment at State Psychiatric* states this.  State Defendants deny all remaining allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

123.  State Defendants admit only that the Executive Assessment of New Solutions, Inc.'s *Organizational Review and Assessment at State Psychiatric* states this.  State Defendants deny all remaining allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

124.  State Defendants admit only that the Executive Assessment of New

Solutions, Inc.'s *Organizational Review and Assessment at State Psychiatric* states this. State Defendants deny all remaining allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

125. State Defendants admit only that the Executive Assessment of New Solutions, Inc.'s *Organizational Review and Assessment at State Psychiatric* states this. State Defendants deny all remaining allegations and claims in this paragraph of the Complaint averring that State Defendants have committed any wrongdoing or actionable conduct.

126. State Defendants admit the allegations in this paragraph of the Complaint.

127. State Defendants admit the allegations in this paragraph of the Complaint.

128. State Defendants admit the allegations in this paragraph of the Complaint.

129. State Defendants deny the allegations in this paragraph of the Complaint.

130. State Defendants deny the allegations in this paragraph of the Complaint as stated.

131. State Defendants deny the allegations in this paragraph of the Complaint.

132. State Defendants deny the allegations in this paragraph of the Complaint.

**The Reality on the Ground in the Hospitals Post-Action Plan**

133.   State Defendants admit the allegations in this paragraph of the Complaint.

134.   State Defendants deny the allegations in this paragraph of the Complaint.

135.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

136.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

137.   State Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and therefore deny same.

138.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

139.   State Defendants deny the allegations in this paragraph of the Complaint.

140.   State Defendants deny the allegations in this paragraph of the Complaint.

141.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

142.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

143.   State Defendants deny the allegations in this paragraph of the Complaint.

144.   State Defendants deny the allegations in this paragraph of the Complaint.

145.   State Defendants deny the allegations in this paragraph of the Complaint.

146.   State Defendants deny the allegations in this paragraph of the Complaint.

147.   State Defendants deny the allegations in this paragraph of the Complaint.

148.   State Defendants deny the allegations in this paragraph of the Complaint.

149.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

150.   State Defendants admit only that certain programs offered to patients at each of the psychiatric hospitals are offered in English. State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

151.   State Defendants deny the allegations in this paragraph of the Complaint.

152.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

153.    State Defendants deny the allegations in this paragraph of the Complaint.

154.    State Defendants deny the allegations in this paragraph of the Complaint.

155.    State Defendants admit that programming is predominantly offered in a group setting.

156.    State Defendants deny the allegations in this paragraph of the Complaint.

157.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

158.    State Defendants deny the allegations in this paragraph of the Complaint.

159.    State Defendants deny the allegations in this paragraph of the Complaint.

160.    State Defendants deny the allegations in this paragraph of the Complaint.

161.    State Defendants deny the allegations in this paragraph of the Complaint.

162.    State Defendants deny the allegations in this paragraph of the Complaint.

163.    State Defendants deny the allegations in this paragraph of the Complaint.

164.    State Defendants deny the allegations in this paragraph of the Complaint.

165.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

166.    State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

167. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

168. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

169. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

170. State Defendants deny the allegations in this paragraph of the Complaint.

171. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

172. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

173. State Defendants deny the allegations in this paragraph of the Complaint.

174. To the extent that this paragraph is directed toward State Defendants,

State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

175.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

176.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

177.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

178.   State Defendants deny the allegations in this paragraph of the Complaint.

179.   State Defendants deny the allegations in this paragraph of the Complaint.

180.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

181.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

182.   State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

183.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

184.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

185.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

186.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

187.   State Defendants deny the statements and allegations in this paragraph of the Complaint.

188.   State Defendants deny the statements and allegations in this paragraph of the Complaint.

189.   This allegation is not directed at State Defendants.  To the extent that it is directed at them, State Defendants admit only that patients' social workers

participate with discharge planning. State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

190. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

191. To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

192. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same, including particularly denying all allegations of wrongdoing or legal culpability in any respect that are addressed to them.

193. To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same, including particularly denying all allegations of wrongdoing or legal culpability in any respect that are addressed to them.

194. State Defendants deny the statements and allegations in this paragraph of

the Complaint.

195.   State Defendants deny the statements and allegations in this paragraph of the Complaint.

196.   State Defendants deny the statements and allegations in this paragraph of the Complaint.

197.   State Defendants deny the statements and allegations in this paragraph of the Complaint.

198.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same, including particularly denying all allegations of wrongdoing or legal culpability in any respect that are addressed to them.

**Definitions of Hospital Terms**

199.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

200.   State Defendants admit the statement in this paragraph of the Complaint.

201.   State Defendants admit the statement in this paragraph of the Complaint.

202.   The regulation speaks for itself.

203.   The regulation speaks for itself.

204.   The statute speaks for itself.

205.   The regulation speaks for itself.

206.   The requirements of the regulation speak for themselves.

207.   The requirements of the regulation speak for themselves.

208.   The requirements of the regulation speak for themselves.

209.   The requirements of the regulations speak for themselves.

210.   The regulation speaks for itself.

211.   The regulation speaks for itself.

212.   The regulation speaks for itself.

213.   The regulation speaks for itself.

214.   The regulation speaks for itself.

215.   The regulation speaks for itself.

216.   This paragraph constitutes a legal conclusion to which no response is necessary.  To the extent that a response is necessary, State Defendants note that the regulation speaks for itself.   Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

217.   This paragraph constitutes a legal conclusion to which no response is necessary.  To the extent that a response is necessary, State Defendants note that the regulation speaks for itself.   Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this

paragraph of the Complaint and therefore deny same.

218. The requirements of the regulation speak for themselves.

219. The requirements of the regulations speak for themselves.

220. The requirements of the regulations speak for themselves.

221. The regulation speaks for itself.

222. The requirements of the regulations speak for themselves.

223. The regulation speaks for itself.

224. The regulation speaks for itself.

225. To the extent that a response is necessary, State Defendants note that the regulation speaks for itself. Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

226. The requirements of the regulations speak for themselves.

227. To the extent that a response is necessary, State Defendants note that the regulation speaks for itself. Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

228. The regulation speaks for itself.

229. To the extent that a response is necessary, State Defendants note that the regulation speaks for itself. Otherwise, State Defendants lack knowledge or

information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

230. The regulation speaks for itself.

231. To the extent that a response is necessary, State Defendants note that the regulation speaks for itself. Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

232. The regulation speaks for itself.

233. To the extent that a response is necessary, State Defendants note that the regulation speaks for itself. Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

234. The regulation speaks for itself.

235. To the extent that a response is necessary, State Defendants note that the regulation speaks for itself. Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

236. The regulation speaks for itself.

237. To the extent that a response is necessary, State Defendants note that the regulation speaks for itself. Otherwise, State Defendants lack knowledge or

information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

238.   To the extent that a response is necessary, State Defendants note that the regulation speaks for itself.   Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

239.   To the extent that a response is necessary, State Defendants note that the regulation speaks for itself.   Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

240.   State Defendants deny the statements and allegations in this paragraph of the Complaint.

241.   To the extent that a response is necessary, State Defendants note that the regulation speaks for itself.   Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

242.   To the extent that a response is necessary, State Defendants note that the regulation speaks for itself.   Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

243.    The regulation speaks for itself.

244.    State Defendants deny the statements and allegations in this paragraph of the Complaint.

245.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

246.    State Defendants note that the Administrative Bulletins speak for themselves.  Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

247.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

248.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

**Examples of Individuals Harmed by Abusive, Neglectful, and Deadly Conditions at the Hospitals**

249.    State Defendants admit only that Disability Rights NJ enjoys investigative authority under the cited federal regulation, which speaks for itself.  State

Defendants deny the remaining statements and allegations in this paragraph of the Complaint.

250.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

251.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

252.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

253.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

254.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

255.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

256.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

257.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

258.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

259.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

260.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

261.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

262.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

263.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

264.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

265.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

266.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

267.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

268.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

269.    State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

270.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

271.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

272.    State Defendants admit only that a complaint was filed in the United States District Court by the guardian of a patient at TPH.  State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

273.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

274.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

275.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

276.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

277.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

278.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

279.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

280.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

281.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

282.  State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

283. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

284. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

285. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

286. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

287. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

288. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

289.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

290.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

291.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

292.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

293.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

294.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

295.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

296.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

297.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

298.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

299.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

300.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

301.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

302.   State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

303.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

304.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

305.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

306.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

307.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

308.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

309.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

310.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

311.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

312.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

313.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

314.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

315.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

316.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

317.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

318.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

319.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

320.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

321.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

322.  State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

323.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

324.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

325.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

326.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

327.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

328.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

329.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

330.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

331.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

332.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

333.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

334.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

335.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

336.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

337.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

338.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

339.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

340.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

341.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

342.   State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

343.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

344.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

345.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

346.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

347.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

348.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

349.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

350.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

351.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

352.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

353.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

354.  The Administrative Bulletin speaks for itself.

355.  State Defendants admit that Disability Rights New Jersey enjoys this authority under the federal statute, which speaks for itself.

356.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

357.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

358.   State Defendants admit only that a patient at Ancora passed away in March 2019.  State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

359.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

360.   State Defendants admit only that in July 2019, a patient at AKFC passed away.  State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

361.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

362.   State Defendants admit the allegations in this paragraph of the Complaint.

363.    State Defendants admit the allegations in this paragraph of the Complaint.

364.    State Defendants admit the allegations in this paragraph of the Complaint.

365.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

366.    State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

367.    State Defendants admit only that the patient was 31 years old and that the cause of death identified on the death certificate was "natural causes."   State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

368.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

369.    State Defendants admit the allegations in this paragraph of the Complaint.

370.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

371.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

372.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

373.  State Defendants admit only that in June 2022, a patient at Ancora died and that the patient was on CEPP status at the time of death.  State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

374.  State Defendants admit only that the patient was 19 years old and that the cause of death indicated on the patient's death certificate was cardiac arrest.  State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

**The Reality of CEPP Status and Discharge Planning to the Community**

375.  The requirements of the statute speak for themselves.

376.   The requirements of the statute speak for themselves.

377.   The requirements of the statute speak for themselves.

378.   The requirements of the statute speak for themselves.

379.   State Defendants note that the requirements of the statute speak for themselves.  Otherwise, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

380.   State Defendants admit to the allegations in this paragraph of the Complaint.

381.   State Defendants admit to the allegations in this paragraph of the Complaint.

382.   To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

383.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

384.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

385.  This paragraph is predicated on statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

386.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

387.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

388.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

389.  State Defendants deny the allegations in this paragraph of the Complaint.

390.  The Administrative Bulletin speaks for itself.

391.  The Administrative Bulletin speaks for itself.

392.  The Administrative Bulletin speaks for itself.

393.  The Administrative Bulletin speaks for itself.

394.  State Defendant admit only that the treatment team makes

recommendations for appropriate discharges based on the particular clinical needs and requirements of each patient. State Defendants deny the remaining allegations in this paragraph of the Complaint.

395. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

396. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

397. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

398. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

399. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

400. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

401.    State Defendants admit only that social workers at the hospitals serve to facilitate communication between patients and providers in the community. Administrative Bulletin 5:11 speaks for itself.

402.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

403.    State Defendants deny the allegations in this paragraph of the Complaint.

404.    State Defendants deny the allegations in this paragraph of the Complaint.

405.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

406.    State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

407.    The requirements of Megan's Law speak for themselves. State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

408.    State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

409.    To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

410.    To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

411.    To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

412.    To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

413.    To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient

to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

414.    State Defendants deny the allegations in this paragraph of the Complaint.

**Bed Enrollment Data System**

415.    State Defendants admit the allegations in this paragraph of the Complaint. The BEDS data system was developed around 2016.

416.    The document speaks for itself.

417.    State Defendants admit the allegations in this paragraph of the Complaint.

418.    State Defendants admit that the BEDS database is used by community providers licensed and/or designated by DMHAS and placement entities in the hospitals.

419.    State Defendants admit that Placement Entities in the hospitals have access to the BEDS database to determine what placements are available in the community that align with the discharge recommendations for individuals in the hospitals.

420.    State Defendants admit that for each provider, the housing inventory is entered into BEDS.  When an individual is discharged from a bed, a vacancy becomes available.

421.    State Defendants admit that BEDS only includes vacancies at agencies

licensed and designated by DMHAS.

422. State Defendants admit the allegations in this paragraph of the Complaint.

423. State Defendants deny the allegations in this paragraph of the Complaint.

424. State Defendants admit the allegations in this paragraph of the Complaint. Most providers will notify the Olmstead Coordinators and the Placement Entities of upcoming vacancies.

425. State Defendants deny the allegations in this paragraph of the Complaint.

426. To the extent that this paragraph is directed toward State Defendants and that a response is required, State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

427. State Defendants deny the allegations in this paragraph of the Complaint.

428. State Defendants deny the allegations in this paragraph of the Complaint.

429. State Defendants deny the allegations in this paragraph of the Complaint.

430. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

431. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

432.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

433.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

434.   State Defendants deny the allegations in this paragraph of the Complaint.

**Examples of Individuals on CEPP Status or Facing Barriers to Discharge who are Languishing at the Hospitals**

435.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

436.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

437.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

438.   State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

439.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

440.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

441.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

442.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

443.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

444.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

445.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

446.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

447.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

448.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

449.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

450.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

451.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

452.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

453.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

454.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

455.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

456.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

457.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

458.   State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

459. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

460. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

461. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

462. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

463. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

464. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

465.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

466.   State Defendants admit that Greystone's campus includes seven cottages and that they are the least restrictive setting at Greystone. State Defendants deny that Ancora has cottages; Ancora has group homes operated by outside agencies on the grounds. State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

467.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

468.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

469.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

470.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

471. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

472. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

473. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

474. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

475. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

476. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

477. State Defendants lack knowledge or information sufficient to form a

belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

478.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

479.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

480.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

481.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

482.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

483.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

484. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

485. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

486. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

487. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

488. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

489. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

490. State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and

therefore deny same.

491.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

## COUNT I

**PLAINTIFF DISABILITY RIGHTS NJ v. DEFENDANTS ADELMAN AND BASTON**

**VIOLATION OF DUE PROCESS UNDER THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION AS IT RELATES TO ALL INDIVIDUALS RESIDING IN NEW JERSEY'S STATE PSYCHIATRIC HOSPITALS WHO ARE SUBJECTED TO ABUSIVE CONDITIONS**

**(42 U.S.C. § 1983)**

492.   State Defendants repeat and reiterate their responses to the allegations in the previous paragraphs of the Complaint as if same were set forth at length herein.

493.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and deny all allegations and claims in this paragraph of the Complaint.

494.   The Fourteenth Amendment speaks for itself.

495.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses

to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

496.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

497.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

498.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

499.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

500.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

501.   State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

502.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

503.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

504.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

505.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

506.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

507.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

508.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

## COUNT II

**PLAINTIFF DISABILITY RIGHTS NJ v. DEFENDANTS ADELMAN AND BASTON**

**VIOLATION OF DUE PROCESS UNDER THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION AS IT RELATES TO INDIVIDUALS ON CEPP STATUS WHO ARE DENIED A RETURN TO THE COMMUNITY**

**(42 U.S.C. § 1983)**

509.   State Defendants repeat and reiterate their responses to the allegations in the previous paragraphs of the Complaint as if same were set forth at length herein.

510.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses

to contest this statement and/or legal conclusion and deny the allegations and claims in this paragraph of the Complaint.

511.   The Fourteenth Amendment speaks for itself.

512.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

513.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

514.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

515.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

516.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

517.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

518.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses

to contest this statement and/or legal conclusion and, to the extent it is directed at State Defendants, they deny the allegations and claims in this paragraph of the Complaint.

519.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise deny the allegations and claims in this paragraph of the Complaint.

520.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

521.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

522.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

523.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise deny the allegations and claims in this paragraph of the Complaint.

524.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

525.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

526.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

527.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

## COUNT III

**PLAINTIFF DISABILITY RIGHTS NJ v. DEFENDANTS ADELMAN, BASTON, DHS, DOH, AND STATE OF NEW JERSEY**

**VIOLATION OF TITLE II OF THE AMERICANS WITH DISABILITIES ACT AS IT RELATES TO ALL INDIVIDUALS RESIDING IN NEW JERSEY'S STATE PSYCHIATRIC HOSPITALS WHO ARE SUBJECTED TO ABUSIVE CONDITIONS**

528.    State Defendants repeat and reiterate their responses to the allegations in the previous paragraphs of the Complaint as if same were set forth at length herein.

529.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

530.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this

paragraph of the Complaint and therefore deny same.

531.    State Defendants admit only that some, but not all, of Plaintiff's constituents are currently committed at one of the State psychiatric hospitals due to a mental health disability.  State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

532.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and, to the extent it is directed at State Defendants, they admit only that DOH and DHS are public entities, yet lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

533.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

534.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

535.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this

paragraph of the Complaint and therefore deny same.

536.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

## COUNT IV

### PLAINTIFF DISABILITY RIGHTS NJ v. DEFENDANTS ADELMAN, BASTON, DHS, DOH, AND STATE OF NEW JERSEY

### VIOLATION OF TITLE II OF THE AMERICANS WITH DISABILITIES ACT INTEGRATION MANDATE AS IT RELATES TO ALL INDIVIDUALS RESIDING IN NEW JERSEY'S STATE PSYCHIATRIC HOSPITALS ON CEPP STATUS WHO ARE DENIED A RETURN TO THE COMMUNITY

537.    State Defendants repeat and reiterate their responses to the allegations in the previous paragraphs of the Complaint as if same were set forth at length herein.

538.    State Defendants admit that some of Plaintiff's constituents include individuals with mental health disabilities. State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

539.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

540.   State Defendants admit that some, but not all, of Plaintiff's constituents are currently committed at one of the State psychiatric hospitals. State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

541.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion.  They further admit only that DOH is a public entity, yet lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

542.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion.  They further admit only that DHS is a public entity, yet lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

543.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

544.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

545. This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

546. State Defendants deny the allegations and claims in this paragraph of the Complaint.

547. This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion, and they otherwise deny the allegations and claims in this paragraph of the Complaint.

548. This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion, and they otherwise deny the allegations and claims in this paragraph of the Complaint.

549. State Defendants deny the allegations and claims in this paragraph of the Complaint.

550. State Defendants deny the allegations and claims in this paragraph of the Complaint.

551. State Defendants deny the allegations and claims in this paragraph of the

Complaint.

552.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

553.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

554.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise deny the allegations and claims in this paragraph of the Complaint.

555.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

## COUNT V

**PLAINTIFF DISABILITY RIGHTS NJ v. DEFENDANTS ADELMAN, BASTON, DHS, AND DOH**

**VIOLATION OF SECTION 504 OF THE REHABILITATION ACT AS IT RELATES TO ALL INDIVIDUALS RESIDING IN NEW JERSEY'S STATE PSYCHIATRIC HOSPITALS WHO ARE SUBJECTED TO ABUSIVE CONDITIONS**

556.    State Defendants repeat and reiterate their responses to the allegations in the previous paragraphs of the Complaint as if same were set forth at length herein.

557.    Section 504 of the Rehabilitation Act speaks for itself.

558.    The federal regulation speaks for itself.

559.    State Defendants admit only that some of Plaintiff's constituents include individuals with mental health disabilities.    State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

560.    This is a statement and/or legal conclusion that requires no response.    To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

561.    State Defendants admit only that DOH operates and administers the State's psychiatric hospitals.    State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

562.    This is a statement and/or legal conclusion that requires no response.    To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

563.    This is a statement and/or legal conclusion that requires no response.    To the extent that a response is required, State Defendants reserve all rights and defenses

to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

564.    This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

565.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

566.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

567.    State Defendants deny the allegations and claims in this paragraph of the Complaint.

## COUNT VI

**PLAINTIFF DISABILITY RIGHTS NJ v. DEFENDANTS ADELMAN, BASTON, DHS, AND DOH**

**VIOLATION OF SECTION 504 OF THE REHABILITATION ACT AS IT RELATES TO INDIVIDUALS RESIDING IN NEW JERSEY'S STATE PSYCHIATRIC HOSPITALS ON CEPP STATUS WHO ARE DENIED A RETURN TO THE COMMUNITY**

568.    State Defendants repeat and reiterate their responses to the allegations in

the previous paragraphs of the Complaint as if same were set forth at length herein.

569. Section 504 of the Rehabilitation Act speaks for itself.

570. The federal regulation speaks for itself.

571. This is a statement and/or legal conclusion that requires no response. State Defendants admit only that some of Plaintiff's constituents have mental disabilities. State Defendants lack knowledge or information sufficient to form a belief about the remaining statements and allegations in this paragraph of the Complaint and therefore deny same.

572. This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

573. This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

574. This is a statement and/or legal conclusion that requires no response. To the extent that a response is required, State Defendants reserve all rights and defenses

to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

575.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

576.   This is a statement and/or legal conclusion that requires no response.  To the extent that a response is required, State Defendants reserve all rights and defenses to contest this statement and/or legal conclusion and otherwise lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

577.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

578.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

579.   State Defendants deny the allegations and claims in this paragraph of the Complaint.

580.   State Defendants deny the allegations and claims in this paragraph of the

Complaint.

581.  State Defendants deny the allegations and claims in this paragraph of the Complaint.

582.  State Defendants deny the allegations and claims in this paragraph of the Complaint.

583.  State Defendants deny the allegations and claims in this paragraph of the Complaint.

584.  State Defendants deny the allegations and claims in this paragraph of the Complaint.

585.  State Defendants deny the allegations and claims in this paragraph of the Complaint.

586.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

587.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

588.  State Defendants deny the allegations and claims in this paragraph of the Complaint.

589.  State Defendants deny the allegations and claims in this paragraph of the

Complaint.

590.  State Defendants lack knowledge or information sufficient to form a belief about the statements and allegations in this paragraph of the Complaint and therefore deny same.

State Defendants otherwise deny all other allegations and claims that may not have been specifically addressed above, if any, and deny that Plaintiff is entitled to any relief.

**WHEREFORE**, State Defendants demand judgment in their favor and against Plaintiff, thereby dismissing Plaintiff's Complaint with prejudice and awarding them counsel fees and costs of suit.

## SEPARATE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to set forth a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff and/or Plaintiff's constituents have not been deprived of any right, privilege or immunity secured to them by the Constitution or federal and state laws.

### THIRD AFFIRMATIVE DEFENSE

State Defendants are public officials and at all times acted pursuant to the lawful

authority vested in them by the government. All acts performed were the result of the appropriate exercise of States Defendants' legitimate authority and/or discretion.

## FOURTH AFFIRMATIVE DEFENSE

Injuries and/or damages alleged by Plaintiff were solely and/or partially proximately caused by Plaintiff's own conduct and/or that of Plaintiff's constituents, which was negligent, intentional and/or otherwise culpable, barring their recovery or giving rise to comparative fault.

## FIFTH AFFIRMATIVE DEFENSE

State Defendants are entitled to a set off against any claim asserted by Plaintiff of all such sums that have been paid or funded on State Defendants' behalf for Plaintiff's benefit.

## SIXTH AFFIRMATIVE DEFENSE

State Defendants did not know, and were not reasonably expected to know, that any actions taken by them with respect to Plaintiff, at all times relevant hereto, were in violation of Plaintiff's constitutional rights, if any such violations ever occurred.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of the injuries alleged in the Complaint are not the foreseeable consequences of any of Defendants' conduct and are too remote and/or speculative to warrant a recovery against Defendants.

EIGHTH AFFIRMATIVE DEFENSE

State Defendants did not violate the Americans with Disabilities Act or Section 504 of the Rehabilitation Act in any respect with regard to their conduct toward Plaintiff and/or Plaintiff's constituents. State Defendants did not discriminate against Plaintiff or Plaintiff's constituents at all, let alone due to their averred disabilities.

NINTH AFFIRMATIVE DEFENSE

State Defendants did not violate the Rehabilitation Act in any respect with regard to their conduct toward Plaintiff or Plaintiff's constituents. State Defendants did not discriminate against Plaintiff or Plaintiff's constituents at all, let alone due to their averred disabilities.

TENTH AFFIRMATIVE DEFENSE

State Defendants are entitled to Eleventh Amendment sovereign immunity on some or all of Plaintiff's claims.

ELEVENTH AFFIRMATIVE DEFENSE

Recovery is barred in this action as there was no conduct nor any custom, policy or practice that creates liability under 42 U.S.C. § 1983, nor is there a legal basis to bring such claims for several reasons, including, but not limited to, lack of amenability to suit under the civil rights statutes because the State Defendants are not "persons" and due to a lack of personal culpable conduct shown against them.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust its administrative remedies as required under all applicable federal and state laws.

## THIRTEENTH AFFIRMATIVE DEFENSE

State Defendants did not commit any extreme or outrageous conduct, nor was their conduct beyond all possible bounds of decency as to be regarded as atrocious, outrageous and/or utterly intolerable in a civilized community.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands; waiver; collateral estoppel; and/or *res judicata*.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff and/or Plaintiff's constituents failed to mitigate their damages.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The injuries alleged by Plaintiff are the result of intervening or superseding causes produced by the acts or omissions of Plaintiff and/or third parties, including, but not limited to, private persons and entities and/or other governmental officials and entities.  Even so, State Defendants' conduct was not negligent and/or culpable, nor did it proximately cause any injuries alleged by Plaintiff.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Recovery is barred in this action by Plaintiff's failure to comply with the applicable statute(s) of limitations.

## NINETEENTH AFFIRMATIVE DEFENSE

State Defendants breached no duty owed to Plaintiff and/or Plaintiff's constituents.

## TWENTIETH AFFIRMATIVE DEFENSE

Recovery is barred in this action because State Defendants are entitled to all applicable absolute immunities under federal and state laws.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Recovery is barred in this action because State Defendants are entitled to qualified immunity under federal and state laws.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

State Defendants took no action at any time to deprive Plaintiff or Plaintiff's constituents of any federal or state constitutional or statutory right of law.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

State Defendants acted on reasonable grounds, with probable cause, in good faith, for legitimate and non-retaliatory reasons, without malice, and within the scope of their authority.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

State Defendants have not violated the Fourteenth Amendment, nor have they denied Plaintiff or Plaintiff's constituents any interests or rights -- whether property or otherwise -- under substantive or procedural due process. State Defendants have also provided Plaintiff and/or Plaintiff's constituents with all procedures and process due to them under the law.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

State Defendants reserve the right to amend their Answer to assert additional affirmative defenses throughout this matter.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, State Defendants demand a trial by jury on all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

The Court is advised that Francis X. Baker and Michael R. Sarno, Deputy Attorneys General, and Thomas C. Hart, Esq. are hereby designated as trial counsel in this matter.

By:    /s/ Francis X. Baker
Francis X. Baker
Deputy Attorney General

/s/ Michael R. Sarno
Michael R. Sarno
Deputy Attorney General

RUPRECHT HART RICCICIARDULLI & SHERMAN, LLP

/s/ Thomas C. Hart
Thomas C. Hart, Esq.


Date: June 27, 2024

## <u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2</u>

Pursuant to Local Civil Rule 11.2, we hereby certify to the best of our knowledge that the above-captioned matter is not the subject of any other action pending in any court, arbitration or administrative proceeding at this time.

By:    /s/ Francis X. Baker
       Francis X. Baker
       Deputy Attorney General


        /s/ Michael R. Sarno
       Michael R. Sarno
       Deputy Attorney General


       RUPRECHT HART RICCICIARDULLI & SHERMAN, LLP

       /s/ Thomas C. Hart
       Thomas C. Hart, Esq.


Date: June 27, 2024

## <u>CERTIFICATION OF SERVICE</u>

Please take notice that on **<u>June 27, 2024</u>**, the within Answer was electronically filed with the Clerk of the United States District Court for the District of New Jersey via the CM/ECF system.   In addition, a copy of this filed Answer was served simultaneously on Plaintiff's counsel of record via the CM/ECF system.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:    /s/ Francis X. Baker
Francis X. Baker
Deputy Attorney General

/s/ Michael R. Sarno
Michael R. Sarno
Deputy Attorney General

RUPRECHT HART RICCICIARDULLI & SHERMAN, LLP

/s/ Thomas C. Hart
Thomas C. Hart, Esq.

Date: June 27, 2024