

January 13, 2025

Honorable Ann Marie Donio
United States Magistrate Judge for the District of New Jersey
4th & Cooper Streets Room 1050
Camden, NJ 08101

**RE: DISABILITY RIGHTS NEW JERSEY v. ADELMAN ET AL, Docket No. 1:24-cv-00949-ESK-AMD**

Dear Hon. Ann Marie Donio,

    Please allow this to serve as a response to Your Honor's December 2, 2024 order regarding a joint status report from the Parties in the above-captioned matter. The Parties engaged in mediation on December 16, 2024. Following that mediation, the Parties agreed to another joint meeting on January 30, 2025.

    At this time, the Parties request a continued stay and the opportunity to report back to the Court following the January 30th meeting and subsequent discussions between counsel.

    We appreciate Your Honor's attention to this matter.

                                                         Respectfully Submitted,

                                        BY:   <u>s/ Bren Pramanik</u>
                                                     Bren Pramanik, bpramanik@disabilityrightsnj.org
                                                     Adrienne Langlois, alanglois@disabilityrightsnj.org
                                                     Craig Ismaili, cismaili@disabilityrightsnj.org
                                                     DISABILITY RIGHTS NEW JERSEY

        210 S. BROAD STREET, THIRD FLOOR
        TRENTON, NEW JERSEY 08608
        609-292-9742
        Attorneys for Plaintiff, Disability Rights NJ

BY:   s/ Rubin Sinins
        Rubin M. Sinins, rsinins@lawjw.com
        Eric Kahn, ekahn@lawjw.com
        David Menzel, dmenzel@lawjw.com
        JAVERBAUM WURGAFT HICKS KAHN
        WIKSTROM & SININS, P.C.
        505 MORRIS AVENUE, SECOND FLOOR
        SPRINGFIELD, NEW JERSEY 07081
        973-379-4200
        Attorneys for Plaintiff, Disability Rights NJ

BY:   /s/ Francis X. Baker
        Francis X. Baker, Francis.Baker@law.njoag.gov
        Michael R. Sarno, Michael.Sarno@law.njoag.gov
        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY
        R.J. Hughes Justice Complex
        PO Box 112
        Trenton, New Jersey 08625-0112
        609-376-3200
        Attorneys for Defendants

        /s/ Thomas C. Hart
        Thomas C. Hart, THart@rhwlawfirm.com
        RUPRECHT HART RICCIARDULLI & SHERMAN, LLP
        53 Cardinal Dr., Suite 1
        Westfield, NJ 07090
        908-232-4800
        Attorney for Defendants