

**BRIAN BIGLIN, ESQ.**
Of Counsel
bbiglin@lawjw.com

505 MORRIS AVENUE
SPRINGFIELD, NJ 07081
Phone: (973) 379-4200
Fax: (973) 379-7872
WWW.LAWJW.COM

November 17, 2025

**<u>Via ECF</u>**
Hon. Ann Marie Donio, U.S.M.J.
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
400 Cooper Street
Camden, New Jersey 08101

   Re: *Disability Rights New Jersey v. Adelman, et al.*
      Case Number: 1:24-cv-949-ESK-AMD

Dear Judge Donio:

  As Your Honor is aware, this firm represents plaintiff Disability Rights New Jersey in the above-referenced civil action. With the consent of Defendants, we write to advise Your Honor as to the current status of discovery in this action, including the continuing production of documents by Defendants. The Defendants have advised that their production is substantially complete but a few items remain outstanding. We respectfully submit that the ongoing document discovery warrants a substantial extension of the current deadline for pretrial fact discovery [*see* ECF No. 53 at ¶ 2], as well as imposition of a deadline by which Defendants will complete their production of documents and will furnish amended answers to interrogatories.

  To summarize, following the last Status Conference on September 30, after which the Court extended fact discovery through February 27, 2026, based upon the expectation that Defendants would be able complete their production of documents by October 15, 2025:

   - Defendants produced a large volume of Bates-labeled documents on October 15, 2025, limited to documents concerning residents of Ancora Psychiatric Hospital.

   - Defendants indicated thereafter that their October 15, 2025 production did not complete Defendants' production of documents and that Plaintiff should anticipate further documents.

   - Plaintiff wrote to Defendants by letter dated November 11, 2025 to

request an update on the status of the additional production, and to inquire whether Defendants would re-produce the unlabeled production of September 12, 2025.

- Defendants produced a further large volume of documents on November 13, 2025, concerning Trenton Psychiatric Hospital.

- The parties had a productive virtual meeting on November 17 and Defendants stated that (1) they intend to produce additional documents, with the size of the remaining production(s) expected to be much less voluminous than recent productions; (2) they expect to complete amended interrogatory answers by early December; and (3) they will provide a written summary and/or re-production of the September 12 production that identifies which documents produced respond to which document requests, and will confer with Plaintiff's counsel concerning an appropriate logistical solution for Bates-stamping the September 12 production.

Accordingly, the parties agree to the entry of an Amended Scheduling Order that sets a deadline of December 19, 2025 for Defendants to complete their production of documents and service of amended answers to interrogatories, and extends the fact discovery end date through April 30, 2026 in light of the fact that Defendant needs more time to complete its production and Plaintiff requires time to review voluminous discovery.

We thank the Court for its time and attention to this matter.

Respectfully,

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.

  /s/ Brian N. Biglin
By: Brian N. Biglin, Esq.

cc: Thomas Hart, Esq.
Brion D. McGlinn, Esq.
Francis X. Baker, Esq.
Michael R. Sarno, Esq.
Adrienne N. Langlois, Esq.
Bren Pramanik, Esq.
Eric G. Kahn, Esq.
David Menzel, Esq.
Brian N. Biglin, Esq.
*All via ECF*